IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 1:15-cr-26 |
| v. | : Judge Susan J. Dlott |
| SAVOY CARPENTER, et al., | : **ORDER** |
| Defendants. | : |

This matter is before the Court on Defendant Aaron Murray's Motion for Compassionate Release and Addendum to Pro Se Motion for Compassionate Release. (Docs. 162, 169.) The United States opposes Murray's Motion. (Doc. 172.)[1]

On November 18, 2021, the Court issued an Order Vacating its January 14, 2021 Order and Denying the Motion for Compassionate Release filed by Murray's Co-Defendant, Savoy Carpenter. (Doc. 175.) On December 22, 2021, Carpenter requested reconsideration of that decision. (Doc. 176.) Murray relied heavily upon the Court's now-vacated January 14, 2021 Order in support of his request for compassionate release.

Within **thirty days** of entry of this Order, Murray and the Government are **DIRECTED** to file updated, supplemental briefs of no longer than ten pages regarding Murray's request for compassionate release. The Government is **DIRECTED** to file a response to Carpenter's

---

[1] Previously, the Court held this matter in abeyance pending the outcome of a similar case, *United States v. McDonel*, 513 F. Supp. 3d 752, 2021 WL 120935 (E.D. Mich. Jan. 13, 2021), appeal docketed, No. 21-1152 (6th Cir. Feb. 16, 2021). On September 13, 2021, Sixth Circuit Court of Appeals granted the appellant's motion to voluntarily dismiss the appeal pursuant to Rule 42(b). Murray's Motion is no longer held in abeyance.

Motion for Reconsideration by **January 21, 2022.**

**IT IS SO ORDERED.**

_____
Judge Susan J. Dlott
United States District Court