IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | :   Case No. 1:15-cr-26 |
| v. | :   Judge Susan J. Dlott |
| AARON MURRAY, *et al.*, | :   **ORDER** |
|     Defendant. | : |

    This matter is before the Court on Defendant Savoy Carpenter's Motion to Reconsider the Court's denial of his Motion for Compassionate Release (Doc. 176) as well as Defendant Aaron Murray's Motion for Compassionate Release, Addendum to Pro Se Motion for Compassionate Release, and Supplemental Brief in Support of Request for Compassionate Release. (Docs. 162, 169, 181.)

    Both Carpenter and Murray make arguments related to their requests for compassionate release relying upon *United States v. McCall*, 20 F.4th 1108, 1114, *rehearing en banc granted, vacated*, No. 21-3400 (6th Cir. April 1, 2022). The Sixth Circuit Court of Appeals recently granted a petition for a rehearing en banc in *McCall*, thereby vacating the Sixth Circuit *McCall* decision upon which both Carpenter and Murray relied. A rehearing en banc has been set for June 8, 2022.

    On April 13, 2022, Carpenter filed a Notice of Update Regarding *USA v. McCall* (Doc. 182) stating that counsel believes the impending decision in *McCall* to be dispositive of Carpenter's Motion to Reconsider. On April 18, 2022, Murray filed a similar Notice of Update

Regarding *USA v. McCall* (Doc. 183) and stated he believed the McCall case will likely benefit his Motion for Compassionate Release.

The Court will hold the aforementioned motions in abeyance until the Sixth Circuit Court of Appeals issues a decision following the rehearing en banc in *McCall*.

**IT IS SO ORDERED.**

*[signature]*
Judge Susan J. Dlott
United States District Court